IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAFONZO RAY TURNER,

     Plaintiff,

  v.

SACRAMENTO COUNTY JAIL,

     Defendant.
                                         /

No. C 08-05607 CW (PR)

ORDER OF TRANSFER

     Plaintiff, a state prisoner, has filed a <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983 and an application for <u>in forma pauperis</u> status. The acts complained of occurred at the Sacramento County Jail, which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. <u>See</u> 28 U.S.C. § 1391(b).

     Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

     Plaintiff's pending motions are TERMINATED on this Court's docket as no longer pending in this district.

     IT IS SO ORDERED.

Dated: 1/13/09

                                         CLAUDIA WILKEN
                                         UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LAFONZO RAY TURNER,

        Plaintiff,

v.

SACRAMENTO COUNTY JAIL et al,

        Defendant.

Case Number: CV08-05607 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 13, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lafonzo R. Turner G-05794
P.O. Box 4670 D2/205
Lancaster, CA 93539

Dated: January 13, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk