IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAFONZO R. TURNER,

    Plaintiff,      No. CIV S-09-0117 WBS GGH P

  vs.

SACRAMENTO COUNTY JAIL,

    Defendant.      ORDER

_____/

      Plaintiff has requested a 90 day extension of time to file an amended complaint pursuant to the court's order of January 28, 2009. The court will grant plaintiff 30 days. Any further requests for extension of time must be supported by substantial cause. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's March 18, 2009 request for an extension of time (Docket # 15) is granted; and

      2. Plaintiff is granted 30 days from the date of this order in which to file an amended complaint.

DATED: March 26, 2009

          /s/ Gregory G. Hollows

          GREGORY G. HOLLOWS
          UNITED STATES MAGISTRATE JUDGE

GGH:md
turn1137.eot