IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAFONZO R. TURNER,

    Plaintiff,                    No. CIV S-09-0117 WBS GGH P

    vs.

SACRAMENTO COUNTY SHERIFF, ET.AL.

    Defendants.

_____/       ORDER

        Plaintiff is a state prisoner proceeding pro se.  Pending before the court is the amended complaint filed April 20, 2009.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Sacramento County Sheriff.[1]

\\\\\

---

[1] Plaintiff sues unidentified deputies.  Of course, service cannot be made at this time on unidentified persons.

1

2. The Clerk of the Court shall send plaintiff 1 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed April 20, 2009.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Two copies of the endorsed amended complaint filed April 20, 2009.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: April 29, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

tur117.1

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | IN THE UNITED STATES DISTRICT COURT |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA |

LAFONZO R. TURNER,

    Plaintiff,                    No. CIV S-09-0117 WBS GGH P

   vs.

SACRAMENTO COUNTY JAIL,       NOTICE OF SUBMISSION

    Defendant.                 OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      ____ completed summons form

      ____ completed USM-285 forms

      ____ copies of the _____
                          Complaint/Amended Complaint

DATED:

                                            _____
                                            Plaintiff