IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAFONZO R. TURNER,

        Plaintiff,                        No. CIV S-09-0117 WBS GGH P

       vs.

SACRAMENTO COUNTY SHERIFF, et al.,

        Defendants.               ORDER

_____/

        Pending before the court are motions to dismiss by defendants filed August 7, 2009, and September 28, 2009.  For the following reasons, plaintiff is ordered to file further briefing.

        In the original complaint filed December 16, 2008, plaintiff alleges that he was subjected to excessive force on May 16, 2005.  In the amended complaint filed April 20, 2009, plaintiff alleges that he was subjected to excessive force on January 19, 2005.  Plaintiff is ordered to clarify whether the May 16, 2005, excessive force incident is different from the January 19, 2005, excessive force incident.

/////

/////

/////

1    Accordingly, IT IS HEREBY ORDERED that within fourteen (14) days of the
2 date of this order, plaintiff shall file a short declaration addressing whether the May 16, 2005,
3 excessive force incident discussed in the original complaint is different from the January 19,
4 2005, excessive force incident discussed in the amended complaint.
5 DATED: November 23, 2009

                                        /s/ Gregory G. Hollows
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

tur117.fb