IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAFONZO R. TURNER,

      Plaintiff,                  No. 2:09-cv-0117 WBS KJN (PC)

    vs.

SACRAMENTO COUNTY JAIL, et al.,

      Defendants.           ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 25, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Defendants have filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.  The findings and recommendations filed February 25, 2010 are adopted in full;

3   2.  Defendants' motions to dismiss (## 25 and 28) are denied, and

4   3.  Defendants are directed to answer the amended complaint within twenty days from the date of this order.

DATED:  March 31, 2010

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

hm/turn0117.806