IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAFONZO R. TURNER,

    Plaintiff,　　　　　　　　　　　No. 2:09-cv-0117 WBS KJN P

    vs.

SACRAMENTO COUNTY
SHERIFF, et al.,

    Defendants.　　　　　　　　　　ORDER

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On May 11, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed May 11, 2010, are adopted in full.

2. Plaintiff's motions for injunctive relief concerning access to legal materials or access to the prison law library (Dkt. Nos. 46, 51 and 52) are denied without prejudice.

3. Plaintiff's motions for injunctive relief concerning medical or mental health treatment at California State Prison--L.A. County (Dkt. Nos. 55 and 56) are denied without prejudice.

4. Plaintiff's motion for production of documents is denied without prejudice.

DATED:   June 23, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/turn0117.801