IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAFONZO R. TURNER,

    Plaintiff,                            No. 2:09-cv-0117 WBS KJN P

    vs.

SACRAMENTO COUNTY JAIL, et al.,

    Defendants.                        <u>ORDER</u>

/

        On October 21, 2010, the Magistrate Judge issued an order denying plaintiff's motion to file a second amended complaint and motion for appointment of counsel  On December 2, 2010, plaintiff filed a request for reconsideration of that order.  Local Rule 303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties. . ."  E.D. Local Rule 303(b).  Plaintiff's request for reconsideration of the magistrate judge's order of October 21, 2010 is therefore untimely.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's December 2, 2010 request for reconsideration is denied.

DATED:  December 14, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE