IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAFONZO R. TURNER,

       Plaintiff,                No. 2:09-cv-0117 WBS KJN P

   vs.

SACRAMENTO COUNTY
SHERIFF, et al.,

       Defendants.         <u>ORDER</u>

          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

          On October 21, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff's objections were due on November 12, 2010. Under the mailbox rule, plaintiff filed untimely objections to the findings and recommendations on November 17, 2010. Good cause appearing, plaintiff's objections will be considered.

          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the

1

1  entire file, the court finds the findings and recommendations to be supported by the record and
2  by proper analysis.
3          Accordingly, IT IS HEREBY ORDERED that:
4          1.  The findings and recommendations filed October 21, 2010, are adopted in full;
5  and
6          2. Plaintiff's September 16, 2010 motion for injunctive relief concerning access to
7  legal materials (dkt. No. 79) is denied without prejudice.[1]
8  DATED:  December 17, 2010

          WILLIAM B. SHUBB
          UNITED STATES DISTRICT JUDGE

14  /turn0117.805

---

[1] By separate order, defendants have been directed to address plaintiff's motions concerning lack of access to his legal materials.  (Dkt. No. 90.)

2