IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAFONZO R. TURNER,

      Plaintiff,                            No. 2:09-cv-0117 WBS KJN P

      vs.

SACRAMENTO COUNTY JAIL, et al.,

      Defendants.                      <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel.  On December 27, 2010, plaintiff's copy of the court's December 15, 2010 order was returned by the U.S. Postal Service, marked "undeliverable, unable to forward."  Review of the court's docket reveals that, despite the fact that all of plaintiff's filings that contain an address have listed his address as Lancaster, on July 20, 2010, plaintiff's address was "updated" to Ione, California.  Apparently, on July 20, 2010, plaintiff's mail directed to Lancaster was returned as undeliverable, but the envelope was marked "AMA" Ione, California.  It appears the "AMA" stands for alternative mailing address.  Plaintiff's subsequent filings noted plaintiff's address as Lancaster, yet five court mailings to the Ione address were not returned as undeliverable until the sixth one on December 27, 2010.  Plaintiff's most recent filing, filed December 17, 2010, also listed his address as Lancaster, and defendants served their December 6, 2010 opposition on plaintiff at the Lancaster address.

1  Finally, the CDCR inmate locator website lists plaintiff's address as Lancaster, California.

2  　　　Because it appears the July 20, 2010 returned mail may have been an error, the
3  Clerk of the Court will be directed to change plaintiff's address back to the Lancaster, California
4  address, and to re-serve a copy of the December 15, 2010 order on plaintiff at the Lancaster
5  address.

6  　　　Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court is
7  directed to change plaintiff's address to his present address reflected in his December 17, 2010
8  filing (Dkt. No. 94), in Lancaster, California, and to re-serve a copy of the December 15, 2010
9  order (Dkt. No. 92) on plaintiff at his current address.

10  DATED: January 12, 2011

12  　　　　　　　　　　　_____
13  　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

14  turn0117.add