IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAFONZO R. TURNER,

    Plaintiff,                 No. 2:09-cv-0117 WBS KJN P

    vs.

SHERIFF OF SACRAMENTO, et al.,

    Defendants.          <u>ORDER</u>

                                    /

            Plaintiff is a prison inmate, proceeding without counsel and in forma pauperis, with a civil rights action. On June 30, 2011, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on May 21, 2010 and August 18, 2010. All requests were denied. In light of those orders and for the reasons set forth therein, IT IS HEREBY ORDERED that plaintiff's June 30, 2011 request is denied.

DATED: July 7, 2011

                                                   KENDALL J. NEWMAN
                                                   UNITED STATES MAGISTRATE JUDGE

turn0117.31.thr